# United States Court of Appeals
## For the First Circuit

No. 20-1378

MAISHA EMMANUEL,

Plaintiff, Appellant,

v.

HANDY TECHNOLOGIES, INC.,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ERRATA SHEET**

The opinion of this Court issued on March 22, 2021, is amended as follows:

On p. 11, line 17, replace "Moreover, we" with "We".

On p. 13, line 12, replace "indicate" with "indicates".